# United States Court of Appeals
## For the First Circuit

No. 20-1087

UNITED STATES OF AMERICA,

Appellee,

v.

JOSE VÁZQUEZ-ROSARIO,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on August 17, 2022, is amended as follows:

On page 11, line 10, replace "have" with "ha[ve]"

On page 11, line 11, insert "case" following "in a § 912"

On page 16, line 7, replace "Vázquez'" with "Vázquez's"